## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| N. JONAS AND CO., INC. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BROTHERS POOL ENTERPRISES, INC. )<br>and JOHN MORGILLO, SR., )<br>)<br>    Defendants. )<br>_____) | Civil Action No. 3:22-CV-01097 (JBA)<br><br><br><br>September 2, 2022 |

## AFFIDAVIT OF WILLIAM DALLAS

I, William Dallas, do hereby depose and state under the pains and penalties of perjury as follows:

1. I am over the age of 18 years, and I believe in the obligations of an oath. I am the Chief Operating Officer of N. Jonas and Co., Inc. ("N. Jonas"), which is the named Plaintiff in this action.

2. This Affidavit is submitted in support of Plaintiff's Application for Prejudgment Remedy and Motion for Disclosure of Assets, and is made based upon my own knowledge, as well as information supplied to me by others, which I also believe to be true and accurate.

3. N. Jonas is a Pennsylvania corporation, with its primary office in Bensalem, PA. It manufactures, packages and supplies swimming pool and spa care products, and is among the country's largest private-labelers of pool and spa care chemicals.

4. Defendant, Brothers Pool Enterprises, Inc. ("Brothers"), is a Connecticut corporation, its main office is in Yalesville, CT, and Defendant, John Morgillo, Sr. ("Morgillo"), is its President. Brothers constructs and maintains residential swimming pools and spas, and sells associated products and services.

5. Brothers has been a customer of N. Jonas for over two decades. On or around February 23, 2021, prompted by some personnel changes, Brothers completed and submitted an updated credit application to N. Jonas. The application was signed by Morgillo, who guaranteed Brothers' payments to N. Jonas. A true and correct copy of the February 23, 2021 credit application ("the Application") is attached hereto as Exhibit A. Based on the information provided in the Application and Morgillo's personal guaranty, N. Jonas reaffirmed its extension of credit to Brothers.

6. On or about June 15, 2021, Brothers placed an order with N. Jonas for a shipment of pool-related chemicals. These particular products are made in China, so there was a time-lag of multiple weeks. On December 2, 2021, after they arrived from China, N. Jonas shipped the products to Brothers.

7. Invoice no. 67012, which was mailed to Brothers on December 3, 2021, reflected the agreed upon price: $13,590.00, and the payment terms of thirty days. A true and correct copy of Invoice no. 67012 is attached hereto as Exhibit B. On December 6, 2021, the delivery arrived at and was accepted by Brothers.

8. Shortly thereafter, on January 20, 2022, Brothers placed another, more extensive order with N. Jonas for the purchase of several types of pool-related chemicals. By arrangement, the products were shipped to Brothers on March 9, 2022.

9. Invoice no. 68772, which was mailed to Brothers on March 10, 2022, reflected the agreed upon price: $92,620.33, and specific payment terms: half within sixty days, and the other half thirty days later, with a discount off the invoiced price if the payments were made timely. A true and correct copy of Invoice no. 68772 is attached hereto as Exhibit C. On March

March 11, 2022, the delivery arrived at and was accepted by Brothers.

10. To date, N. Jonas has not received payment from Brothers for either of these purchases. In April, 2022, N. Jonas emailed Morgillo on behalf of Brothers to ask about the overdue payment for invoice no. 67012, representing the December, 2021 shipment. Although the two invoices were separate, Morgillo claimed the terms of invoice no. 68772 applied. Even according to those terms, payment was not received. Subsequent emails to Brothers about the overdue payments were ignored.

11. On or about June 16, 2022, I telephoned Morgillo and spoke with him about the overdue invoices. Morgillo responded by, among other things, threatening to sue N. Jonas, and ultimately hung up on me. On or about June 27, 2022, Brothers was sent a formal demand on behalf of N. Jonas, requesting payment of the two invoices, and reminding Morgillo of his personal guaranty. Finally, another formal demand was sent to Brothers on July 22, 2022, again demanding payment. Both letters were ignored.

12. In addition to the invoiced amounts (totaling $106,210.33) and the monthly interest charges ($5,234.12), N. Jonas has also incurred incidental costs and expenses, including freight charges, totaling $2304.70.

Dated at Bensalem, Pennsylvania this ___ day of September, 2022.

_____
William Dallas

Subscribed and sworn to before me
this ___ day of September, 2022.

_____
Notary Public
My Commission Expires 03-27-2024



Commonwealth of Pennsylvania - Notary Seal
Stephen C. James, Notary Public
Bucks County
My commission expires March 27, 2024
Commission number 1268064
Member, Pennsylvania Association of Notaries

-3-

# EXHIBIT A

RECEIVED  02/23/2021 12:51PM 2156390391          N. Jonas & Co



**Jonas**
*Large enough to lead.*
*Small enough to care.*

APPLICATION FOR CREDIT TO N. JONAS & CO., INC. BENSALEM PA 19020

Firm Name John Morgillo
Address 260 Main St                    Phone #(203)265-5980
City Wallingford  State CT  Zip 06492

**OWNERSHIP**
Corporation   Partnership   Proprietorship

Year Established 1988  At present location since 1990
Year Incorporated 1988  In state of CT  Tax year end _____
President (Or Owners) John Morgillo

**FINANCIAL**  (Please enclose a copy of your latest financial statements)

Real Estate Owned Yes   Value $2,000,000  Mortgage $3900
Equipment Owned  Yes   Value $300,000  Loan Balance $-NA
Do you pledge or borrow on Accounts Receivable Key  Bank _____
Do you pledge or borrow against your inventory NO  Bank _____
Insurance Carried (Specify Coverage) _____

**BANK**

Branch Address 310 Main St     City Yalesville  State CT
Phone # 203-679-4210  Officer _____  Acct # ███████

**REFERENCES**  (Give only those you buy from on open account)

Name Bay State Pools       Phone 860-2810-8282
Address 1350 Blue Hills Ave  City Bloomfield  State CT  Zip 06002
Name Imperial               Phone 203-699-1200
Address 345 McCausland Ct  City Cheshire  State CT  Zip 06410
Name Kafco/Latham          Phone 800-833-3800
Address 787 Watervliet Ext  City Latham  State NY  Zip 12110
Name Accu Cure             Phone 800-384-7962
Address 1804-17 Oak St     City Omaha  State NE  Zip 68310

Applicant agrees to pay for each purchase according to the terms of
purchase of seller in effect at the time of each such purchase. In
consideration of the extension of credit by seller to the applicant
at any time and from time to time hereafter, applicant agrees to pay
reasonable attorney fees and any expenses of collection if legal
action is brought upon any obligation arising hereafter of applicant
to seller in addition to the amount of the obligation. If applicant
is a corporation the undersigned hereby personally guarantees the
payment of applicant's obligation arising hereafter to seller.

CUSTOMER'S SIGNATURE  /s/ John Morgillo
CUSTOMER'S SIGNATURE _____
Date this application was signed 2/23/2021

N. Jonas and Co., Inc. • 4520 Adams Circle • P.O. Box 425 • Bensalem, PA 19020-0425 • (215) 639-8071 • FAX: (215) 639-0391

# EXHIBIT B



# n. jonas & co., inc.

4525 ADAMS CIRCLE • P.O. BOX 425
BENSALEM, PA 19020
Phone: (215) 639-8071 • Fax: (215) 639-0391

NUMBER: 67012
DATE: 12/03/2021
PAGE: 1

BROTHERS POOL ENTERPRISES
250 MAIN STREET
YALESVILLE, CT  06492

BROTHERS POOL ENTERPRISES
250 MAIN STREET
YALESVILLE, CT  06492

| CUSTOMER | PURCHASE ORDER | REP | DATE | ORDER INFORMATION | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|
| BROTYALEGB | OCT-CTAB | RM | 06/15/2021 | Invoice | PPD XPO |

| ITEM | ORDER | SHIP | UNIT | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| P2202703 E6 | 120 | 120 | PCS | C3 3" UNWRAPPED CHL TABS 25 LB CALL B4 DELIVERY | 113.25 | $13,590.00 |

Terms: NET 30 DAYS

A CHARGE OF 1½% PER MONTH WILL BE ADDED TO YOUR PAST DUE BALANCE.

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF MERCHANDISE TO TRUCKING COMPANY. NO CLAIMS OR MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT.

Subtotal        :   $13,590.00
Tax (non txbl):        $0.00
Freight         :        $0.00
Amount Due      :   $13,590.00

ACCOUNTING

# EXHIBIT C



# n. jonas & co., inc.

4525 ADAMS CIRCLE • P.O. BOX 425
BENSALEM, PA 19020
Phone: (215) 639-8071 • Fax: (215) 639-0391

NUMBER: 68772
DATE: 03/10/2022
PAGE: 1

BROTHERS POOL ENTERPRISES
250 MAIN STREET
YALESVILLE, CT 06492

BROTHERS POOL ENTERPRISES
250 MAIN STREET
YALESVILLE, CT 06492

| CUSTOMER | PURCHASE ORDER | REP | DATE | ORDER INFORMATION | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|---|
| BROTYALEGB | EB 2022 | RM | 01/20/2022 | Invoice | PPD ELITE |

| ITEM | ORDER | SHIP | UNIT | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| K3900100 AE | 132 | 132 | CTNS | ENJOY KIT #1 (24' ROUND) | 59.70 | $7,880.40 |
| K3900200 AE | 96 | 96 | CTNS | ENJOY KIT #2 20,000 GAL | 114.11 | $10,954.56 |
| K3900300 AE | 24 | 24 | CTNS | ENJOY KIT #3 30,000 GAL | 166.40 | $3,993.60 |
| K3901500 AE | 360 | 360 | CTNS | ENJOY CHEM KIT 15,000 GL | 84.20 | $30,312.00 |
| P2812401 GE | 153 | 153 | CTNS | SUPER ZAPPIT 1LB 24PK | 78.74 | $12,047.22 |
| K9502000 I | 300 | 300 | CTNS | ENJOY OPEN/CLOSE KIT 20K | 29.45 | $8,835.00 |
| P4600100 I | 48 | 48 | CTNS | ENJOY NEW ULTRA BLUE QT | 102.83 | $4,935.84 |
| P8100100 IE | 14 | 14 | CTNS | ENJOY ALGAECIDE 60 QT | 187.89 | $2,630.46 |
| P8100200 IE | 35 | 35 | CTNS | ENJOY ALGICIDE 30 QT | 117.29 | $4,105.15 |
| P17002GB I | 20 | 20 | CTNS | AQUA PRO CL STBLZR 2LB YL | 88.68 | $1,773.60 |
| P17005GB I | 30 | 30 | CTNS | AQUA-PRO CL STBZR 4 LB YL | 88.68 | $2,660.40 |
| P31002GB I | 20 | 20 | CTNS | AQUA PRO pH UP 2 1/2LB YL | 39.35 | $787.00 |
| P31005GB I | 30 | 30 | CTNS | AQUA PRO pH UP 5LB   YL | 29.37 | $881.10 |
| SP4329J | 4 | 4 | PCS | SPINLAB DSK CL/BR/PHOS/SLT(100 CALL TO SETUP DELIVERY APPNT | 206.00 | $824.00 |
| K39901GB7 | 132 | 132 | | BROTHERS ALLOTMENT OF ENJOY #1 | 0.00 | $0.00 |
| K39902GB7 | 96 | 96 | | BROTHERS ALLOTMENT OF ENJOY #2 | 0.00 | $0.00 |
| K39903GB7 | 24 | 24 | | BROTHERS ALLOTMENT OF ENJOY #3 | 0.00 | $0.00 |
| K39915GB7 | 360 | 360 | | BROTHERS ALLOTMENT ENJOY 15K | 0.00 | $0.00 |
| P99CALGB7 | 4272 | 4272 | | BROTHERS ALLOTMENT OF CAL HYPO | 0.00 | $0.00 |
| P99SCDGB7 | 3594 | 3594 | | BROTHERS DICHLOR SURCHARGE | 0.00 | $0.00 |

Terms: 3% 1/2 5/10 6/10

A CHARGE OF 1½% PER MONTH WILL BE ADDED TO YOUR PAST DUE BALANCE.

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS AFTER RECEIPT OF MERCHANDISE TO TRUCKING COMPANY. NO CLAIMS OR MERCHANDISE RETURNED WITHOUT OUR WRITTEN CONSENT.

Subtotal       : $92,620.33
Tax (non txbl) : $0.00
Freight        : $0.00
Amount Due     : $92,620.33

ACCOUNTING