## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| N. JONAS AND CO., INC.     ) | |
|                                  ) | |
|     Plaintiff,                    ) | |
|                                  ) | |
|     v.                              ) | Civil Action No. 3:22-CV-01097 (JBA) |
|                                  ) | |
| BROTHERS POOL ENTERPRISES, INC.  ) | |
| and JOHN MORGILLO, SR.,             ) | |
|                                  ) | |
|     Defendants.                ) | September 6, 2022 |
| _____) | |

## [Proposed] <u>ORDER FOR HEARING AND NOTICE</u>

Plaintiff's Application for Prejudgment Remedy having been presented to the Court, it is hereby ordered that a hearing be held thereon on_____ at _____ a.m . / p.m . and that the Plaintiff give notice to the Defendants in accordance with Section 52-278c of the Connecticut General Statutes of the pendency of the Application and of the time when it will be heard by causing a true and attested copy of this Order for Hearing and Notice, Notice Of Rights, Order To Show Cause, Application for Prejudgment Remedy, with Affidavit of William Dallas with referenced Exhibits, and Motion for Prejudgment Disclosure of Property and Assets, together with such notice as may be required under Subsection (e) of Section 52-278c, by service of the same upon Defendants by some proper officer or indifferent person on or before _____, 2022, and that due return of service be made to this Court.

Dated at New Haven, Connecticut, this \_\_\_\_\_ day of September, 2022.

_____
Judge / Clerk