## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| N. JONAS AND CO., INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:22-CV-01097 (JBA) |
| | ) | |
| BROTHERS POOL ENTERPRISES, INC. | ) | |
| and JOHN MORGILLO, SR., | ) | |
| | ) | |
| Defendants. | ) | September 6, 2022 |
| _____ | ) | |

## **NOTICE OF RIGHTS**

You have rights specified in the Connecticut General Statutes, including Chapter 903a, that you may wish to exercise concerning this application for a prejudgment remedy. These rights include the right to a hearing:

(1) to object to the proposed prejudgment remedy because you have a defense to or set-off against the action or a counterclaim against the plaintiff or because the amount sought in the application for the prejudgment remedy is unreasonably high or because payment of any judgment that may be rendered against you is covered by any insurance that may be available to you;

(2) to request that the plaintiff post a bond in accordance with section 52-278d of the General Statutes to secure you against any damages that may result from the prejudgment remedy;

(3) to request that you be allowed to substitute a bond for the prejudgment remedy sought; and

(4) to show that the property sought to be subjected to the prejudgment remedy is exempt from such a prejudgment remedy.

You may request a hearing to contest the application for a prejudgment remedy, assert any exemption or make a request concerning the posting or substitution of a bond in connection with the prejudgment remedy. The hearing may be requested by any proper motion before the

United States District Court for the District of Connecticut.

You have a right to appear and be heard at the hearing on the application to be held at

_____ on September \_\_\_, 2022.

Respectfully submitted,

  /s/  Patrick A. Klingman
Patrick A. Klingman (ct 17813)
KLINGMAN LAW, LLC
280 Trumbull Street Floor 21
Hartford, CT  06103
(860) 256-6120
*pak@klingmanlaw.com*

Attorneys for Plaintiff, N. Jonas and Co., Inc.