UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| N. JONAS AND CO., INC.            ) | |
|        ) | |
|    Plaintiff,            ) | |
|        ) | |
|    v.            ) | Civil Action No. 3:22-CV-01097 (JBA) |
|        ) | |
| BROTHERS POOL ENTERPRISES, INC.   ) | |
| and JOHN MORGILLO, SR.,            ) | |
|        ) | |
|    Defendants.            ) | September 6, 2022 |
| _____) | |

**[Proposed] <u>ORDER TO SHOW CAUSE</u>**

Upon the Verified Complaint dated August 30, 2022, the Affidavit of William Dallas dated September 2, 2022, and Plaintiff's Application for Prejudgment Remedy dated September 6, 2022, and sufficient cause appearing therefrom, it is hereby

ORDERED that the Defendants show cause at the United States District Court for the District of Connecticut, located at 141 Church Street, New Haven, CT 06510, on _____, 2022, at ___ a.m./p.m., pursuant to Fed. R. Civ. P. 64, D. Conn. L. Civ. R. 4(c), and Conn. Gen. Stat. § 52-278a, *et seq*, why the Plaintiff's Application for Prejudgment Remedy should not be granted, and it is further

ORDERED that effective immediately and pending the hearing, and determination of this Order to Show Cause, the Defendants, Brothers Pool Enterprises, Inc. and John Morgillo, Sr. are hereby restrained from disposing of any assets, except in the normal and ordinary course of Brothers' business, until the Court can hold a hearing on Plaintiff's Application for Prejudgment Remedy, and it is further

ORDERED that service of a copy of this Order to Show Cause and the accompanying

Order for Hearing and Notice, Notice of Rights, Motion for Prejudgment Disclosure of Property and Assets, Application for Prejudgment Remedy and Affidavit of William Dallas, be made on or before the _____ of _____, 2022, by serving copies thereof on the Defendants, in care of its designated agent for service through the Connecticut Secretary of State,, or as otherwise provided by law.

        Dated at New Haven, Connecticut, this ___ day of September, 2022.

_____

_____, United States District Judge