## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| N. JONAS AND CO., INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:22-CV-01097 (JBA) |
| ) | |
| BROTHERS POOL ENTERPRISES, INC. ) | |
| and JOHN MORGILLO, SR., ) | |
| ) | |
| Defendants. ) | September 6, 2022 |
| _____ ) | |

### PLAINTIFF'S MOTION FOR DISCLOSURE OF ASSETS

Pursuant to Rule 64 of the Federal Rule of Civil Procedure and Section 52-278n of the Connecticut General Statutes, and further to Plaintiff's Application for Prejudgment Remedy, filed herewith, Plaintiff, N. Jonas and Co., Inc. ("N. Jonas"), hereby respectfully moves for an Order requiring Defendants, Brothers Pool Enterprises, Inc., including its subsidiaries, affiliates, or entities over which it has a controlling interest ("Brothers"), and John Morgillo, Sr. ("Morgillo"), and each of them, to disclose under oath in Court any property in which either Defendant has an interest or any debt which is due, including, but not limited to:

1. Any bank accounts in which Brothers or Morgillo have an interest, including account numbers and addresses for bank offices.

2. Any matter on which Brothers or Morgillo are currently working from which there funds due them, including the names and addresses of debtors and the amounts alleged to be due.

3. Any matter on which Brothers or Morgillo have worked in the past for which there are still outstanding funds due them, including the names and addresses of the debtors and the amounts alleged to be owed.

4.      Any matter in which Brothers or Morgillo have contracted to perform in the future and for which they either have or will receive funds, including the names and addresses of the other parties to said contracts and a statement of the sums due, including dates upon which said funds are due and payable.

5.      Causes of action which are currently in suit in which Brothers or Morgillo are parties, including the names of the other parties and their addresses, the names of the parties' attorneys and their addresses, the Court to which said action(s) is returnable, whether any case has gone to judgment and whether any pre-judgment remedy has been granted in said actions.

6.      Funds due Brothers or Morgillo from any other person, party or entity, whether on account of services rendered or property sold, whether past or present.

7.      Any other property, tangible or intangible, including, but not limited to, contract rights, leasehold rights, leasehold improvements, merchandise, inventory, equipment, machinery, motor vehicles, furniture, cabinets, fixtures, office equipment, and office supplies in which Brothers or Morgillo claim an interest.

8.      Any other property owned by Brother or Morgillo, or debts due them, as may be disclosed at the hearing of this Motion or by Order of the Court.

9.      Any legal description, as well as physical location or address, of real property owned by Brothers or Morgillo, in whole or in part, or in which either possesses any beneficial, equitable or trust interest, whether in Connecticut or any other jurisdiction.

10.     The names of all general and limited partnerships, corporations or limited liability companies, or other such entities in which Brothers or Morgillo have an interest, including the business address of said entity, the name and address of its registered agent, and specify the

interest held therein by Brothers or Morgillo, and the legal description, as well as physical location or address, of any real property owned by such entity, in whole or in part, or in which said entity possesses any beneficial, equitable or trust interest, whether in Connecticut or any other jurisdiction.

Plaintiff hereby respectfully request that this Court make this Order a continuing Order on Brothers and Morgillo, with a duty to supplement.

Respectfully submitted,

 /s/  Patrick A. Klingman
Patrick A. Klingman (ct 17813)
KLINGMAN LAW, LLC
280 Trumbull Street Floor 21
Hartford, CT  06103
(860) 256-6120
*pak@klingmanlaw.com*

Attorneys for Plaintiff, N. Jonas and Co., Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 6, 2022, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's CM/ECF System. Notice of this filing will be sent by U.S. mail, postage prepaid, to the addresses below:

    Brothers Pool Enterprises, Inc.
    c/o John Morgillo, President
    250 Main Street
    Yalesville, CT  06492

    John Morgillo, Sr.
    c/o Craig C. Fishbein
    Fishbein Law Firm, LLC
    100 South Main Street, P.O. Box 363
    Wallingford, CT  06492

    Brothers Pool Enterprises, Inc.
    c/o Michael J. Ajello
    The Ajello Law Firm, LLC
    127 Washington Ave., Bldg. East
    North Haven, CT  06473

                                             /s/ Patrick A. Klingman
                                             Patrick A. Klingman (ct17813)